UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE MALLARD                                                                                     PLAINTIFF
ADC #117922

V.                                        No. 4:19CV00123-SWW-JTR

PHILLIPS, Corporal,
Faulkner County Jail Unit One, *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Mallard may proceed with his § 1983 inadequate medical care claims against Corporal Phillips, Dr. Gary Stewart and Nurse Monte Munyan, in their individual capacity.

2. The Clerk is directed to prepare a summons for Phillips, Stewart and Munyan. The United States Marshal is directed to serve the summons, complaint, amended complaint and addendum (Docs. 2, 5 & 6), and this Order, on them at the Faulkner County Detention Center without prepayment of fees and costs or security therefor.[1]

3. Mallard's claims against the Defendants, in their official capacity, are dismissed without prejudice.

4. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

---

[1] If any Defendant is no longer a Faulkner County employee, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known private mailing address.

1

appeal from this Order would not be taken in good faith.

Dated this 25th day of June, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE