# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| JOE MALLARD | PLAINTIFF |
| V. | 4:19-CV-00123-JTR |
| MONTE MUNYAN, Nurse;<br>GARRY STEWART, M.D.;<br>and CORPORAL PHILLIPS | DEFENDANTS |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE